UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re _____

Case No. _____

Debtor(s)

**CHANGE OF ADDRESS FOR A DEBTOR**

*Instructions for Cases with Two (Joint) Debtors:*
- If the debtors are/were married and only one has moved, put only that person's information below.
- If both debtors have moved to the same address, put both names below.
- If both debtors have moved to different addresses, file a separate change of address for each debtor.
- This form must be signed by at least one debtor or the debtor's attorney.

Name(s) of Debtor(s) at New Address: _____

Old Address:

New Address:

New Phone Number, if any (for debtors without an attorney): _____

New Email, if any (optional): _____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date

Signature of Debtor or Debtor's Attorney (required)

Type/Print Signer's Name      OSB# (if attorney)

Signer's Phone # and Relation to Case

*Further Information About Address Changes*
Address changes for creditors must be filed on Local Bankruptcy Form 101C. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

**101D (12/1/2019)**